ORIGINAL

EDWARD H. KUBO, JR. (2499)
United States Attorney
District of Hawaii

RACHEL MORIYAMA (3802)
Asst. United States Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd.
Honolulu, Hawaii 96850
E-mail: Rachel.Moriyama@usdoj.gov
Telephone: (808) 541-2850
Facsimile: (808) 541-3752

CHARLES M. DUFFY
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
E-mail: Charles.M.Duffy@usdoj.gov
Telephone: (202) 307-6406
Facsimile: (202) 307-0054

Attorneys for Defendant
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 07 2006

at __10__ o'clock and __50__ min __A__ M
SUE BEITIA, CLERK

LODGED

MAR 06 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF HAWAII

| | |
|---|---|
| SUNSHINE HELICOPTERS, INC., ) | CIVIL NO. 04-00218 DAE LEK |
| Plaintiff, ) | STIPULATION FOR DISMISSAL |
| vs. ) | |
| UNITED STATES OF AMERICA, ) | |
| Defendant. ) | |

## STIPULATION FOR DISMISSAL

The parties stipulate that the complaint and counterclaim in this case be dismissed with prejudice, the parties bearing their respective cost, including attorney fees.

DATED: _____

_____
for EDWARD H. KUBO, JR.
UNITED STATES ATTORNEY
DISTRICT OF HAWAII

_____
RONALD I. HELLER
700 Bishop Street, 15th Floor
Honolulu, Hawaii 96813-4187

Attorney for Plaintiff

BY: _____
CHARLES M. DUFFY
Trial Attorney
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044

Attorneys for Defendant

APPROVED AND SO ORDERED:

MAR 07 2006
Dated: _____

_____
United States District Judge

1461633.1